

**Wednesday, November 19, 2014**

No. 14–0751/AR.  U.S. v. Johnathan M. Johnson.  CCA 20120643.  On consideration of Appellant's second motion to withdraw the petition for grant of review, it is ordered that Rule 21(f) is hereby suspended, and said motion is hereby granted with leave to re-file a subsequent petition upon final action of the Court of Criminal Appeals.

No. 14–0778/NA.  U.S. v. Jeremy R. Green.  CCA 201300276.  Appellant's petition for reconsideration of this Court's order issued on October 31, 2014, is denied.

**Thursday, November 20, 2014**